# IN THE UNITED STATES DISTRICT COURT FOR THE
# EASTERN DISTRICT OF OKLAHOMA

| UNITED STATES OF AMERICA, | ) |
| --- | --- |
| Plaintiff, | ) |
| v. | ) Case No. CIV-06-129-JHP |
| WADE DON WOOD, a/k/a WADE D. WOOD, a/k/a, et al., | ) |
| Defendants. | ) |

## ORDER AFFIRMING AND ADOPTING THE REPORT AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

On June 4, 2010, the United States Magistrate Judge entered a Report and Recommendation finding that the Motion for Deficiency Judgment filed by Plaintiff on May 7, 2010 (Dkt.# 101) be granted and that a deficiency judgment be entered in favor of the United States against Defendants Wade Don Wood, a/k/a Wade D. Wood, a/k/a Wade Wood and Rhonda L. Wood, a/k/a Rhonda Wood in the amount of $285,663.29. There have been no objections filed to the Magistrate Judge's Report and Recommendation within the time prescribed by law. 28 U.S.C. §636(b)(1); Fed. R. Civ. P. 72(a).

This Court finds that the Report and Recommendation of the Magistrate Judge is supported by the record. Therefore, upon full consideration of the entire record and the issues presented herein, this Court finds and orders that the Report and Recommendation entered by the United States Magistrate Judge on June 4, 2010, be **AFFIRMED** and **ADOPTED** by this Court as its Findings and Order.

IT IS SO ORDERED this 24th day of June, 2010.

James H. Payne
United States District Judge
Eastern District of Oklahoma