## IN THE UNITED STATES DISTRICT COURT FOR
## THE EASTERN DISTRICT OF OKLAHOMA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | |
| **Plaintiff,** | ) | |
| **vs.** | ) | **CIV 06-129-JHP** |
| | ) | |
| **(1)    WADE DON WOOD, et al.,** | ) | |
| **Defendants.** | ) | |

### DEFICIENCY JUDGMENT

This matter comes on to be heard this 24th day of June, 2010, upon plaintiff's, United States of America, ex rel Farm Service Agency, formerly Farmers Home Administration, Department of Agriculture (hereinafter "FSA"), motion for leave to enter a deficiency judgment against the defendants, Wade Don Wood and Rhonda L. Wood, the plaintiff, FSA, appearing by its attorney of record, and the defendants, Wade Don Wood and Rhonda L. Wood, having been duly notified of the hearing of said motion at this time and place; now the Court considers said motion and being fully advised in the premises finds;

The United States Marshal for the Eastern District of Oklahoma sold the chattel in this case for $6,285.21 and the real property for $210,000.00, pursuant to a judgment of this Court made and entered on April 25, 2007, against the defendants, Wade Don Wood and Rhonda L. Wood.  The amount due on said judgment included principal in the  amount of $461,561.61; interest to date of judgment in the amount of $17,874.14; interest to date of sale in the amount of $84,279.96, plus cost of sale in the amount of $4,706.55, therefore leaving a deficiency in the amount of $352,137.05.

In CR-09-00056-001-RAW, defendant Wade Wood was ordered to pay the amount of $66,473.76 as restitution for conversion of mortgaged property, which was security for the debt to plaintiff, therefore leaving a final deficiency in the amount of $285,663.29.

IT IS THEREFORE ORDERED that the plaintiff, have and recover a deficiency judgment from the defendants, Wade Don Wood and Rhonda L. Wood, for the sum of $285,663.29 plus interest at the rate of 4.93% per annum until paid.

James H. Payne
United States District Judge
Eastern District of Oklahoma